# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

BREE BERRY, ON BEHALF OF L.W.,   :     Case No. 1:17-cv-53
    Plaintiff,              :
                                     :     Judge Timothy S. Black
vs.                             :
                                     :     Magistrate Judge Karen L. Litkovitz
COMMISSIONER OF SOCIAL      :
SECURITY,                       :
    Defendant.               :

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 25)

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate

Judge reviewed the pleadings filed with this Court and, on April 3, 2018, submitted a

Report and Recommendation (Doc. 25). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter. Upon consideration of the foregoing, the Court does

determine that such Report and Recommendation should be and is hereby adopted in its

entirety. Accordingly:

1. The Report and Recommendation (Doc. 25) is **ADOPTED**;

2. The parties' joint motion to remand (Doc. 24) is **GRANTED**;

3. This case is **REMANDED** to the Commissioner of Social Security for further
   administrative proceedings; and

4. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: _____5/9/18_____

Timothy S. Black
United States District Judge